UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SYBIL SANCHEZ ON BEHALF OF HERSELF AND OTHER PERSONS SIMILARLY SITUATED<br><br>v.<br><br>MADDIES MAYHEM, LLC D/B/A HAT TRICKS | §<br>§<br>§<br>§ CIVIL CASE NO. 4:19-CV-574<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 27, 2020, the report of the Magistrate Judge, (Dkt. #21), was entered containing proposed findings of fact and recommendations that Plaintiff Sybil Sanchez's Motion for Entry of Default Judgment, (Dkt. #6), and Supplemental Motion for Entry of Default Judgment, (Dkt. #20), be granted in part and denied in part. Defendant Maddies Mayhem, LLC d/b/a Hat Tricks acknowledged receipt of the report on July 31, 2020, (Dkt. #22).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that the Motion for Entry of Default Judgment, (Dkt. #6), and Supplemental Motion for Entry of Default Judgment, (Dkt. #20), are **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is awarded $41,900.00 in

- 2 -

statutory damages under the Fair Labor Standards Act, $550.00 in costs, and $7,911.00 in attorneys' fees from Defendant.

**So ORDERED and SIGNED this 18th day of August, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE