# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SYBIL SANCHEZ ON BEHALF OF HERSELF AND OTHER PERSONS SIMILARLY SITUATED<br><br>v.<br><br>MADDIES MAYHEM, LLC D/B/A HAT TRICKS | § § § § § § § §   CIVIL CASE NO. 4:19-CV-574 |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order granting in part and denying in part Plaintiff Sybil Sanchez's Motion for Entry of Default Judgment, (Dkt. #6), and Supplemental Motion for Entry of Default Judgment, (Dkt. #20), entered on today's date, the Court hereby issues its Final Judgment, effective upon entry as follows:

1. Plaintiff is awarded $41,900.00 in statutory damages under the Fair Labor Standards Act from Defendant;

2. Plaintiff is awarded $550.00 in costs from Defendant; and

3. Plaintiff is awarded $7,911.00 in attorneys' fees from Defendant.

It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

This is a final judgment.

**So ORDERED and SIGNED this 18th day of August, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE